```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  CARRIE S. LEONETTI, Maryland Bar
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JAIME VALENZUELA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00068 AWI |
| --- | --- | --- |
| | ) | (Formerly No. 1:06-mj-0040) |
| Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | REQUEST FOR VOLUNTARY DISMISSAL; |
| | ) | APPELLANT'S CONSENT TO DISMISSAL; |
| JAIME VALENZUELA, | ) | ORDER |
| | ) | |
| Defendant/Appellant. | ) | |

Defendant, Jaime Valenzuela, appealed a shackling order issued by the Hon. Sandra M. Snyder, United States Magistrate Judge. The matter has been assigned to the docket of the Honorable Anthony W. Ishii. After due consideration of the record of proceedings in this case, the defense requests that the appeal be dismissed.

DATED: 5/16/06

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorneys for Defendant

**APPELLANT'S CONSENT TO DISMISSAL**

I have fully discussed my appeal of my conviction and sentence with my attorney. I hereby

consent to dismissal of my appeal.

DATED: 05/23/06

/s/ Jaime Valenzuela
JAIME VALENZUELA
Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   June 23, 2006**             /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE

Request for Voluntary Dismissal; Appellant's
Consent to Dismissal